UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
121 W. Spring St., Rm. 110
New Albany, IN 47150

SF00075 (rev 05/2008)

In re:

**Lester L Lee**,
Debtor(s).

Case No. **12−90007−JKC−7A**

**Michael J. Walro**,
Plaintiff(s),
vs.
**The Lee Group Holding Company, LLC**,
Defendant(s).

Adv. Proc. No. **13−59040**

## NOTICE OF DEFICIENT FILING

The Motion to Compel, which was filed on September 15, 2014, is deficient in the following respect(s):

> PDF and docket text do not match. PDF is an Objection and docket text reads Motion to Compel.

The above−cited deficiencies must be corrected by September 30, 2014 or the matter will be referred to the Judge for such action as may be appropriate, including dismissal.

IF CURING THE DEFICIENCY BY PAPER FILING, INCLUDE A COPY OF THIS NOTICE.

Dated: September 16, 2014

Kevin P. Dempsey
Clerk, U.S. Bankruptcy Court